1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   DONALD EUGENE QUANSTROM,          Case No. EDCV 15-269-DDP (GJS)
12              Plaintiff
13        v.                           **ORDER ACCEPTING FINDINGS
14   CAROLYWN W. COLVIN, Acting        AND RECOMMENDATIONS OF
     Commissioner of Social Security,  UNITED STATES MAGISTRATE
15                                      JUDGE**
              Defendant.
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all

18   pleadings, motions, and other documents filed in this action, and the Report and

19   Recommendation of United States Magistrate Judge ("Report").  The deadline to file

20   Objections to the Report has passed, and no Objections have been filed with the

21   Court.

22       The Court accepts the findings and recommendations set forth in the Report.

23   Accordingly,

24       **IT IS ORDERED** that:

25   (1) Plaintiff's request for an order remanding this case to the Commissioner for

26        the immediate payment of benefits or for further proceedings pursuant to

27        Sentence Four of 42 U.S.C. § 405(g) is DENIED;

28   (2) the decision of the Commissioner is AFFIRMED; and

1    (3) Judgment be entered dismissing this action with prejudice.

2    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

3

4    DATE: February 9, 2016          _____

5                                    DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28