JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE QUANSTROM, JR., <br><br> Plaintiff <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 15-269-DDP-GJS <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: February 9, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE